**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No:   07-51125 |
| CECIL D SPIRES | |
| TRACY L SPIRES | Judge:   CHARLES M. CALDWELL |
| 101 AUSTIN WAY | |
| JACKSON, OH  456408016 | |

TRACY L SPIRES
101 AUSTIN WAY
JACKSON, OH  456408016

SSN(S):   XXX-XX-2794
          XXX-XX-1046

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   May 05, 2010         /s/ Frank M. Pees
                              Frank M. Pees
                              Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| CLEARCHECK INC | 7.22 |
| 135 INTERSTATE BLVD | |
| GREENVILLE, SC  29615 | |